UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAHAMOUD ASCARIE, | Case No. 16-cv-02493 NC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION; CONTINUING CMC TO SEPTEMBER 7, 2016** |
| GAVILAN COLLEGE, et al., | |
| Defendants. | Re: Dkt. No. 9 |

Plaintiff Mahamoud Ascarie, representing himself, requests an extension to amend his complaint following the Court's § 1915 review.  Dkt. No. 9 at 1.  Finding good cause, the Court GRANTS Ascarie's request for an extension.  He must file his amended complaint or pay the filing fee by August 22, 2016.

Second, the Court continues the case management conference from August 10, 2016, to September 7, 2016, at 10:00 a.m. in Courtroom 7, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California.

Finally, the Court refers Ascarie to free resources for people representing themselves in federal court.  The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases.  The Federal Pro Se Program is available by appointment and on a drop-in basis.  The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and

Case No. 16-cv-02493 NC

1  The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA
2  (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling
3  (408) 297-1480.

**IT IS SO ORDERED.**

Dated:  August 5, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge