UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD ASCARIE,

    Plaintiff,

    v.

GAVILAN COLLEGE, et al.,

    Defendants.

Case No. 16-cv-02493-NC

**ORDER TO SHOW CAUSE**

Plaintiff Ascarie is advised that he must serve summons and copies of his complaint upon defendants Gavilan College, Dean Fran Lozano, and Dale Clark. Fed. R. Civ. P. 4(c). Though Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint upon defendants within ninety (90) days of filing the complaint, the Court will extend this deadline. The Court now instructs Ascarie to serve the summons and complaint upon defendants by **September 6, 2016**. Under Rule 4(m), the Court must dismiss the complaint if the plaintiff fails to serve the defendants. Fed. R. Civ. P. 4(m).

The Court also informs Ascarie of the Federal Pro Se Program at the San Jose Courthouse. This program provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

1     **IT IS SO ORDERED.**

2   Dated: August 30, 2016

3                                                                    _____
4                                                                    NATHANAEL M. COUSINS
                                                                     United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD ASCARIE,

    Plaintiff,

v.

GAVILAN COLLEGE, et al.,

    Defendants.

Case No. 16-cv-02493-NC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mahmoud Ascarie
1000 Emprey Way
San Jose, CA 95128

Dated: August 30, 2016

    Susan Y. Soong
    Clerk, United States District Court

By: _/s/ Lili M. Harrell_
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS